# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,        :       Case No. 3:03-cr-107
                                                also Civil Action No. 3:04-cv-384

                                              District Judge Thomas M. Rose
   -vs-                                     Chief Magistrate Judge Michael R. Merz
                                  :

JOHWAN SATTERFIELD,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #37), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 28, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 be, and it hereby is denied. Because no reasonable jurist would disagree with this conclusion, Defendant is also denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

April 5, 2007.

                                                      Thomas M. Rose
                                                   United States District Judge